Beauchamp *v.* Gonzales (et al., Appellant).

Argued November 17, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused February 1, 1968.

*David Freeman,* for appellant.

*C. George Milner,* with him *Joseph A. Malloy, Jr.,* and *Hamilton, Darmopray & Malloy,* for appellee.

OPINION PER CURIAM, January 3, 1968:
Decree affirmed. Beckman to pay costs.